COMMONWEALTH of Pennsylvania, Respondent

v.

John MCCURDY, Petitioner

**No. 289 WAL 2017**

Supreme Court of Pennsylvania.

November 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Jason John DAVIS, Petitioner

**No. 221 WAL 2017**

Supreme Court of Pennsylvania.

November 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Mark A.A. CLIETT, Petitioner

**No. 297 EAL 2017**

Supreme Court of Pennsylvania.

November 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.